UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR KIRONJI GIKURU, | No. 2:13-cv-1049 DAD P |
| Petitioner, | |
| v. | ORDER |
| ERIC HOLDER et al., | |
| Respondents. | |

On May 28, 2013, petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, alleging that respondents and U.S. Immigration and Customs Enforcement were unlawfully detaining him at the Sacramento County Jail.  Before the undersigned had an opportunity to screen the pending petition, however, counsel for respondent filed a motion to dismiss the petition as moot.  According to respondent's motion, petitioner was removed from the United States on June 25, 2013, and is no longer being held in custody.  (Resp't's Mot. to Dismiss at 1 & Ex. A.)   Petitioner has not opposed or otherwise responded to the pending motion to dismiss.

/////

/////

/////

/////

1

1  Good cause appearing, IT IS HEREBY ORDERED that within fourteen days of the date
2  of this order petitioner shall show cause in writing why this court should not grant the pending
3  motion to dismiss the petition as moot.
4  Dated: November 6, 2013

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
giku1049.102