UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR KIRONJI GIKURU,<br><br>  Petitioner,<br><br>  v.<br><br>ERIC HOLDER et al.,<br><br>  Respondents. | No.  2:13-cv-1049 DAD P<br><br><br><br>ORDER |

A recent court order was served on petitioner's address of record and returned by the postal service. It appears that petitioner has failed to comply with Local Rule 182(f), which requires that a party appearing in propria persona inform the court of any address change. More than sixty-three days have passed since the court order was returned by the postal service and petitioner has failed to notify the court of a current address.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice for failure to prosecute. See Local Rule 183(b).[1]

Dated: January 24, 2014

DAD:9
giku1049.133a

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

---

[1] Both parties have consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636(c). (Doc. Nos. 6 & 7)

1